

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00166-CV

## IN RE TEXAS-NEW MEXICO POWER COMPANY

_____

## Original Proceeding

## O R D E R

Relator's petition for writ of mandamus and motion for stay was filed on May 15, 2019. Relator's motion for stay is granted. *See* TEX. R. APP. P. 52.10(b). Accordingly, all activity in the trial court is stayed until further order of this Court or the disposition of this mandamus proceeding, whichever is earlier.

Additionally, the Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion for stay granted
Response requested
Order issued and filed May 22, 2019

